# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEBA ABEDI, | Case No. 1:18-cv-00312-DAD-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING |
| v. | |
| SCHAUMBURG TOYOTA, INC., | ORDER CONTINUING SCHEDULING CONFERENCE TO JUNE 28, 2018, AT 11:30 A.M. |
| Defendant. | |
| | (ECF No. 8) |

On May 14, 2018, the parties filed a stipulation for a second extension of time for Defendant to file its responsive pleading. (ECF No. 8.) Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that Defendant shall file its responsive pleading on or before June 11, 2018. The scheduling conference is continued from June 4, 2018, to June 28, 2018, at 11:30 a.m. in Courtroom 9 before the undersigned. The parties shall file a joint scheduling report at least one week before the new scheduling conference date.

IT IS SO ORDERED.

Dated:  __May 15, 2018__

_____
UNITED STATES MAGISTRATE JUDGE