# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEBA ABEDI,<br><br>    Plaintiff,<br><br>v.<br><br>SCHAUMBURG TOYOTA, INC.,<br><br>    Defendant. | Case No. 1:18-cv-00312-DAD-SAB<br><br>ORDER RE STIPULATION FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE ITS RESPONSIVE PLEADING<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO AUGUST 14, 2018, AT 9:00 A.M.<br><br>(ECF No. 10) |

On June 7, 2018, the parties filed a stipulation for a third extension of time for Defendant to file its responsive pleading so the parties can continue to engage in settlement discussions.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file its responsive pleading on or before July 2, 2018. The scheduling conference is continued from June 28, 2018, to **August 14, 2018, at 9:00 a.m**. in Courtroom 9 before the undersigned. The parties shall file a joint scheduling report at least one week before the new scheduling conference date.

IT IS SO ORDERED.

Dated: **June 13, 2018**

                                                    UNITED STATES MAGISTRATE JUDGE